## Commonwealth *v.* Fetzko, Appellant.

Before McKenna, Jr., J., without a jury.

Argued November 13, 1968. *John L. Doherty*, with him *Thomas A. Livingston*, for appellant; *Carol Mary Los*, Assistant District Attorney, with her *Charles B. Watkins*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gaines, Appellant.

Argued December 10, 1968. *I. Leonard Hoffman*, with him *Ettinger, Poserina, Silverman, Dubin, Anapol & Sagot*, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Leonard A. Goodman*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.